IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.

**RICHARD NICKERSON AND MELISA NICKERSON,**

    Plaintiffs,

v.

**FIRST LIBERTY INSURANCE CORPORATION (THE),**

    Defendant.
_____/

## COMPLAINT

Plaintiffs, **RICHARD NICKERSON AND MELISA NICKERSON,** sue the Defendant, **FIRST LIBERTY INSURANCE CORPORATION (THE)**, and allege as follows:

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of prejudgment interest, attorneys' fees, and costs.

2. At all material times, Defendant was a corporation, duly authorized and licensed to transact insurance business in the State of Florida. Defendant regularly conducted business, had offices, and/or maintained agents for the transaction of its customary business in Duval County, Florida.

3. Plaintiffs reside in Duval County, Florida, and are otherwise *sui juris*.

4. At all material times, Defendant insured Plaintiffs' dwelling, pursuant to policy number H36-258-068809-40 (hereafter "the Policy"). Plaintiffs are unsure whether Plaintiffs have a complete copy of the Policy; however, a complete copy of the Policy has been requested from Defendant and will be produced during discovery.

5. During the policy period of September 19, 2018 to September 19, 2019, Plaintiffs' dwelling, located at 7202 Electra Drive S, Jacksonville, FL 32210 (hereafter "the Property"), sustained a covered loss due to water damage.

6. Plaintiffs notified Defendant of the damages.

7. Defendant assigned claim number 038796971-01 to the loss.

8. Defendant assigned a date of loss.

9. Plaintiffs complied with all conditions precedent to entitle Plaintiffs to recover under the Policy, or Defendant waived compliance with such conditions.

10. Defendant has failed to provide coverage for certain of Plaintiffs' losses.

11. As a result, Defendant has failed to pay for all of Plaintiffs' losses.

12. Defendant's failure to pay for all of Plaintiffs' losses is a material breach of contract.

13. As a result of Defendant's material breach of contract, it has become necessary for Plaintiffs to retain the services of the undersigned attorney.

**WHEREFORE**, Plaintiffs demand judgment against Defendant for all losses with interest on any overdue payments, any incidental and foreseeable consequential damages

[CONTINUED ON THE FOLLOWING PAGE]

caused by Defendant's breach of contract, plus attorney's fees and costs, pursuant to sections 627.428, 57.041, and 92.231, Florida Statutes (2018), and demands a trial by jury.

Dated this 10th day of April, 2019.

THE NATION LAW FIRM, LLP

_____
Eduardo J. Faria, Esquire
Florida Bar No. 119144
570 Crown Oak Centre Drive
Longwood, FL  32750
Telephone:  (407) 339-1104
Facsimile:  (407) 339-1118
Primary Email: svukelic@nationlaw.com
Secondary Email:  efaria@nationlaw.com
Attorneys for Plaintiff