UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD NICKERSON and
MELISA NICKERSON,

    Plaintiffs,

v.                                        Case No.   3:19-cv-889-J-34JBT

THE FIRST LIBERTY INSURANCE
CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 20; Stipulation) filed on April 28, 2020.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of April, 2020.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record